UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LAZARO GILOCOMPO,                                              JUDGMENT

                      Petitioner,                    16 CV 4963 (RJD)
   v.

DARWIN LACLAIR, Superintendent,

                      Respondent.
-----------------------------------------------------------------X

       A Memorandum and Order of the Honorable Raymond J. Dearie, United States District Judge, having been filed on February 2, 2021, denying the application of petitioner Lazaro Gilocompo for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 in its entirety; and denying the issuance of a certificate of appealability, 28 U.S.C. § 2253(c)(2); it is

       ORDERED and ADJUDGED that the application of petitioner Lazaro Gilocompo for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is denied in its entirety; and that no certificate of appealability shall issue, 28 U.S.C. § 2253(c)(2).

Dated: Brooklyn, New York                                 Douglas C. Palmer
       February 3, 2021                                        Clerk of Court

                                                                By:    */s/Jalitza Poveda*
                                                                         Deputy Clerk