UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
LAZARO GILOCOMPO,                                      :

                        Petitioner,                         :

      -against-                                       :    NOTICE OF APPEAL

DARWIN LACLAIR, Superintendent,                        :    16-CV-4963 (RJD)
   Department of Corrections and Community
   Supervision,                                        :

                        Respondent.                         :
------------------------------------------------------------------------x

      NOTICE is hereby given that Petitioner Lazaro Gilocompo appeals to the United States Court of Appeals for the Second Circuit from the Decision and Order of Memorandum and Order, and the Judgment of the district court filed February 3, 2021, denying Petitioner's request for a writ of habeas corpus and declining to issue a certificate of appealability.

                                                   Respectfully submitted,

                                                   PAUL SKIP LAISURE (PL 5560)
                                                   Attorney for Petitioner
                                                   Appellate Advocates
                                                   111 John Street – 9th Floor
                                                   New York, New York 10038

Dated: New York, New York
       March 2, 2021