**MANDATE**

E.D.N.Y.–Bklyn.
16-cv-4963
Dearie, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of August, two thousand twenty-one.

Present:

Richard J. Sullivan,
Michael H. Park,
Steven J. Menashi,
*Circuit Judges.*

_____

Lazaro Gilocompo,

*Petitioner-Appellant,*

v.                                                                                          21-508

Superintendent Darwin LaClair, Department of Corrections and Community Supervision,

*Respondent-Appellee.*

_____

Appellant moves for a certificate of appealability and Respondent moves for leave to file a late opposition.  Upon due consideration, it is hereby ORDERED that the motion for leave to file is GRANTED.  It is further ORDERED that the motion for a certificate of appealability is DENIED and the appeal is DISMISSED because Appellant has not "made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c); *see also Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003) (discussing certificate of appealability standard).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 08/23/2021**